**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: <u>16-CR-80206-COHN</u>**

**UNITED STATES OF AMERICA**

        **Plaintiff,**

**vs.**

**LUCY RICHARDS,**

        **Defendant,**

_____/

**<u>PRAECIPE FOR WITHDRAWAL OF APPEARANCE</u>**

TO THE CLERK:

    Please withdraw the appearance of Anthony W. Lacosta, Assistant United States Attorney

in the Southern District of Florida, as counsel for the United States of America in the above-

captioned matter.

                              Respectfully submitted,

                              WILFREDO FERRER
                              UNITED STATES ATTORNEY

            By:   */s/ Anthony W. Lacosta*_____
                 ANTHONY W. LACOSTA
                 Assistant United States Attorney
                 Court  No. A5500698
                 500 S. Australian Avenue, 4th Floor
                 West Palm Beach, Florida 33401
                 Telephone: (561) 820-8711
                 Facsimile: (561) 805-9846
                 E-Mail: <u>Anthony.Lacosta@usdoj.gov</u>

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed electronically on December 20, 2016 with the Clerk of the Court using CM/ECF.

By:     */s/ Anthony W. Lacosta*_____
ANTHONY W. LACOSTA
Assistant United States Attorney