UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80206-CR-COHN

UNITED STATES OF AMERICA
v.

LUCY RICHARDS,
    Defendant.
_____/

## JOINT MOTION TO CONTINUE TRIAL

The United States and defendant, Lucy Richards, hereby file this Joint Motion to Continue the Trial, which is currently set for January 30, 2017.

1. The undersigned government attorney will not be available for trial during the two-week trial period beginning January 30, 2017, due to undersigned being in trial before The Honorable Judge Jose E. Martinez, *United States v. Harlem Suarez*, 15-10009. The trial is set to begin January 20th in Key West and should last until February 3, 2017.

2. Counsel have discussed a possible resolution of this matter and will continue these discussions.

The undersigned has communicated with Counsel for defendant Richards, Robert Berube. Mr. Berube indicated that this Motion to continue could be a joint request.

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

By:   */s/ Karen E. Gilbert*
        KAREN E. GILBERT
        Assistant United States Attorney
        Florida Bar No. 771007
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961-9161
        Fax: (305) 536-4675
        Karen.gilbert@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 10, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                */s/ Karen E. Gilbert*
                                                Assistant United States Attorney