UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-80206-CR-COHN-SELTZER


CRIMINAL MINUTES            HONORABLE JAMES I. COHN           3/29/2017


UNITED STATES OF AMERICA
Karen Gilbert, AUSA

VS.

LUCY RICHARDS,
Robert Berube, AFPD

Deputy Clerk: Valerie Thompkins                Court Reporter: Karl Shires

Change of Plea and Sentencing hearing canceled Defendant fail to appear. The Court issued a
Warrant No Bond.