UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80206-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUCY RICHARDS,

Defendant.
__________________________________/

**DEFENDANT RICHARD'S UNOPPOSED OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT**

The defendant, Lucy Richards, through counsel, files her Unopposed Objections to the Pre-Sentence Investigation Report, states;

Undersigned counsel apologizes for the tardy filing of Defendant Richard's Unopposed Objections to the Pre-Sentence Investigation Report. Undersigned counsel was out of town on official business last week, when the Report was filed on May 31, 2017.

Undersigned counsel has spoken with Assistant United States Attorney Karen Gilbert regarding the Objections. The government does not seek two of the sentencing adjustments.

Assistant United States Attorney Gilbert and undersigned counsel recommend the following to this Honorable Court.

The parties agree with the United States Probation Office that the Base Offense Level is level 12.

The parties agree with the United States Probation Office that the Specific Offense Characteristics set forth in Paragraph 23 apply. A two level increase is appropriate pursuant to Chapter 2A6.1 of the Federal Sentencing Guidelines.

**Objection Number 1, Paragraph 24;**

Assistant United States Attorney Gilbert and undersigned counsel are in agreement that a two point enhancement known as the vulnerable victim enhancement is not warranted and should be deleted from the Total Offense Level. Defendant Richards objects to the two point enhancement for vulnerable victim.

**Objection Number 2, Paragraph 26;**

Assistant United States Attorney Gilbert and undersigned counsel are in agreement that a two point enhancement of obstruction or impeding the administration of justice is not warranted and should be deleted from the Total Offense Level.

**Objection Number 3, Paragraph 29;**

Assistant United States Attorney Gilbert and undersigned counsel are in agreement that Defendant Lucy Richards should receive the two point reduction for Acceptance of Responsibility.

**Objection Number 4, Paragraph 27;**

The Adjusted Offense Level is level 14, criminal history category one.

**<u>Objection Number 5, Paragraph 30;</u>**

Assistant United States Attorney Gilbert and undersigned counsel respectfully recommend to this Honorable Court that the Total Offense Level is 12, after the two point reduction for Acceptance of Responsibility. Offense Level 12, Criminal History Category 1 sets forth a sentencing range of 10 to 16 months.

WHEREFORE; the Defendant, Lucy Richards requests that her Unopposed Objections to the Pre-Sentence Investigation Report be granted and that the Total Offense Level be reduced to Level 12.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: s/ *Robert N. Berube*
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: 954-356-7436, Fax: 954-356-7556
E-Mail: Robert_Berube@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Robert N. Berube*, SAFPD