UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80206-CR-COHN/SELTZER

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUCY RICHARDS,

Defendant.
_________________________________/

**DEFENDANT LUCY RICHARD'S MOTION PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE, TITLE 18 U.S.C. § 3553**

The Defendant, Lucy Richards, through counsel, files this Motion Pursuant to Federal Rule of Criminal Procedure, Title 18 United States Code § 3553, states;

Defendant Richard's is requesting that this Honorable Court consider all of the factors set forth in Title 18 United States Code §3553 prior to imposing sentence. As reflected in the Pre-Sentence Investigation Report (Personal and Family Data, Paragraph 37) and additional Reports filed with the Court, Defendant Richard's is the product of an extremely unusual upbringing. According to the Reports, Defendant Richards was "emotionally abused by her parents" and that she was "reared in a hell hole". She indicated that her

parents were not nurturing. The Defendant did not wish to speak about the abuse she was experiencing by her parents". Reports provided to the Court provide significantly more detail as to the nature of the emotional abuse that started at a very early age. Defendant Richards is estranged from her entire family. She absolutely refused to discuss her Mother. Her Father died years ago and she has not had any contact with her younger sister for many years, however recently she did receive a letter from Mary Richards.

Defendant Richards was diagnosed with agoraphobia in 1980 followed by a diagnosis of Obsessive Compulsive Disorder in 1990. She has been under the care and supervision of mental health experts for decades, currently she is not on medication. Defendant Richard's underwent a mental health assessment with the government's contract vendor, (Paragraph 45, Pre-Sentence Report) "which listed diagnoses of Generalized Anxiety Disorder, Obsessive Compulsive Personality Traits, Paranoid Personality Features and Avoidant Personality Traits." Since the December 2016 mental health assessment, Defendant Richards has been attending individual counseling sessions four times per month, however she missed her counseling sessions during January and February of 2017 due to being hospitalized.

**TITLE 18 UNITED STATES CODE § 3553, IMPOSITION OF SENTENCE**

Defendant Richards is requesting that this Court impose a sentence sufficient, but not greater than necessary, to comply with the purposes set forth in this subsection.

"The Court in determining the particular sentence to be imposed, shall consider ---

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;
(2) The need or the sentence imposed -

A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

B) to afford adequate deterrence to criminal conduct;

C) to protect the public from further crimes of the defendant;

and

D) to provide the defendant with needed education or vocational training, medical care, or other correctional treatment in the most effective manner;

Undersigned counsel contacted Assistant United States Attorney Gilbert regarding this Motion. As a result of undersigned counsel's absence from the Southern District of Florida last week, undersigned counsel apologizes for the delay in filing this Motion.

WHEREFORE; the Defendant, requests that this Honorable Court take all of the unique factors set forth in the Pre-Sentence Investigation Report and other

documentation provided and fashion an appropriate sentence that will send a message to the community to reflect the seriousness of this offense but nevertheless provide Defendant Richards with the appropriate medical and educational training which is substantiated by the Reports provided.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: s/ *Robert N. Berube*
Supervisory Assistant
Federal Public Defender
Florida Bar No. 304247
One East Broward Boulevard, Suite 1100
Fort Lauderdale, Florida 33301
Tel: 954-356-7436, Fax: 954-356-7556
E-Mail: Robert_Berube@fd.org

**CERTIFICATE OF SERVICE**

I HEREBY certify that on June 6, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ *Robert N. Berube*, SAFPD